UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CINDY JOHNSON, | ) | NO. CV-07-127-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on February 27, 2008, (Ct. Rec. 28), recommending that Plaintiff's Motion for Summary Judgment (Ct. Rec. 21) be denied and Defendant's Motion for Summary Judgment (Ct. Rec. 24) be granted. Plaintiff filed objections on March 3, 2008, (Ct. Rec. 29) restating previous arguments. Having reviewed the report and recommendation, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 28)** to **deny** Plaintiff's Motion for Summary Judgment and **grant** Defendant's Motion for Summary Judgment is **ADOPTED in its entirety.** The Commissioner's decision to deny Plaintiff disability benefits is **affirmed.**

///

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to counsel, and close the file.

DATED this 7th day of March 2008.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\0127.adopt.RR.wpd